THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DAVID BARTON BASSETT *et al.*, Defendants-Appellants.

(Nos. 73-246; 73-248 cons.;

Second District (2nd Division)—April 11, 1975.

Opinion by Mr. JUSTICE THOMAS J. MORAN.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellants.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz and Edward N. Morris, of Illinois State's Attorneys Association, of counsel), for the People.